# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

Jonathan Lee Riches©,
Plaintiff

V.

**1:07cv1656 SEC P**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 02 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

JENA 6;
MYCHAL BELL;
REED WALTERS d/b/a LASALLE PARISH PROSECUTER;
JUSTIN BARKER;
ROY BREITHAUPT d/b/a School district superintendent;
Scott Windham d/b/a Ex principal;
GLEN Joiner d/b/a Principal,
DEFENDANTS

### complaint
"LOSS OF MY WHITE RIGHTS"
"TRO Temporary Restraining Order"

Comes now the Plaintiff, Jonathan Lee Riches©, in pro-se, Moves this Honorable court to issue an order for Defendants named in this suit to respond. This suit is civil rights violations, constitutional violations, and crimes pursuant to: racial discrimination, harassment, ethnic intimidation, stalking, and Federal hate crimes. Plaintiff moves for a TRO Temporary Restraining order against Defendants. Plaintiff seeks $100,000,000.00 Million in white Gold, and the white House at 1600 Pennsylvania Ave. Plaintiff prays for relief.

### 1

On 9-20-07, Defendants hung a white noose in my cell at FCI Williamsburg
On 9-18-07, Defendants would not let me sit under the prison Angel tree

### 2

May 10, 2007 - Defendants told the FCI Williamsburg dentist not to fix my white fillings.
June 7, 2007 - Defendants fed me tainted white castle hamburgers
Dec 25th, 2006 - Defendants turned my cell mate into Snow White

### 3

Defendants always eat Ritz crackers in front of me. 8-16-07 - they threw wet Baloni at my forehead
Since July 23, 2007 - Defendants call me "the white Suge Knight"

### 4

May 2004 - Defendants burnt me at FCI Williamsburg with Great Whites pyrotechnics

### 5

Defendants made me suffer whiteouts.
Defendants gave me white Phosphorus
   Defendants subjected me to low white blood cell counts
Vanna White won't write.

### 6

Feb 25th, 2003 - Defendants turned me into a white collar criminal
they sent whitehouse prosecuters after my white skin

whitemans burden is mixing my mind

I

July 16, 2007 - Defendant's sent white supremacists and white trash After me to feed me to Barry white.

TRO Restraining order

Defendants let a black widow bite me while listening to the Black eye peas during the NYC 2003 black out.

"Watch what you do, or I'll sue you"

Conclusion

Plaintiff prays this Honorable Court for relief

Respectfully Submitted
Jonathan Lee Riches ©

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Sacters, SC 29590
(843) 387-9400

Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE
27 SEP 2007

United States District Court
Western District of Louisiana
Clerk of Court
Shreveport Division
300 FANNIN St.
Shreveport, LA 71101

71101=3141

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
OCT 02 2007
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY
SHREVEPORT

FCI/SCP WILLIAMSBURG

SA... 9/27/07

This correspondence was sent through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

_____
Mail Room Officer

