1:07cv1656 See Papers Referred
Drell/Kirk

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Jonathan Lee Riches # 40948-018

(b) County of Residence of First Listed Plaintiff: XX US - out of state
(EXCEPT IN U.S. PLAINTIFF CASES)

FCI - Williamsburg
P.O. Box 340
Salters, SC 29590

## DEFENDANTS
Jena 6
Mychal Bell
Reed Walters
Justin Barker
Roy Breithaupt
Scott Windham
Glen Joiner

## II. BASIS OF JURISDICTION
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
☒ 550 Civil Rights

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Brief description of cause: 42:1983 pr

## VII. REQUESTED IN COMPLAINT:
DEMAND $ 100,000
JURY DEMAND: ☒ No