U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 0 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____
             DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JONATHAN LEE RICHES | CIVIL ACTION NO. 07-1656-A |
|---|---|
| -vs- | JUDGE DRELL |
| JENA 6, et al. | MAGISTRATE JUDGE KIRK |

### ORDER

This action by Jonathan Lee Riches, an inmate at the Federal Correctional Institute in Williamsburg, South Carolina, has been rejected for filing deficiencies. This plaintiff is known to the Court as a charlatan who apparently simply has nothing else to do but draft spurious suits to file in federal court. See, as an attachment to this Order, the Pacer United States Party/Case Name Index.

While most courts appreciate a good joke, there is nothing funny about his suits, which are intended to garner publicity and nothing else. Mr. Riches has also already gained his own entry in Wikipedia, a dubious honor in such circumstances. The Court will not waste perfectly good time and resources in allowing Mr. Riches an inroad into the system

Accordingly, and in appreciation of this Court's inherent power to control its docket, this suit is DISMISSED and Mr. Riches is barred from making any

further filings in the Western District of Louisiana.  ANY pleadings, materials, documents and anything else received from him are to be discarded by the Clerk and not accepted for filing, effective immediately.

SIGNED on this 4th day of October, 2007, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

2

# U.S. Party/Case Index

## All Types Name Search Results

77 Total Party matches for selection RICHES, JONATHAN LEE for ALL COURTS
Search Complete
Thu Oct 4 13:21:32 2007
Selections 1 through 54 (Page 1)

● Download (2 pages $ 0.08)

 Next 23

### Civil Cases

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  RICHES, JONATHAN LEE | flmdce | 2:2007mc00033 | 09/27/2007 | | 09/27/2007 |
| In re: Jonathan Lee Riches | | | | | |
| 2  RICHES, JONATHAN LEE | wydce | 2:2006cv00081 | 03/23/2006 | 550 | 05/18/2006 |
| Riches v. United States Military et al | | | | | |
| 3  RICHES, JONATHAN LEE | medce | 2:2007cv00124 | 07/16/2007 | 550 | 08/28/2007 |
| RICHES v. FEDERAL JUDICIAL SYSTEM et al | | | | | |
| 4  RICHES, JONATHAN LEE | wvndce | 1:2007cv00130 | 09/24/2007 | 470 | |
| Riches v. Crandall Canyon Mine et al | | | | | |
| 5  RICHES, JONATHAN LEE | flndce | 1:2007cv00150 | 08/16/2007 | 440 | |
| RICHES v. ONSTAR CORPORATION et al | | | | | |
| 6  RICHES, JONATHAN LEE | medce | 2:2007cv00169 | 09/21/2007 | 550 | |
| RICHES v. FANFAN et al | | | | | |
| 7  RICHES, JONATHAN LEE | gamdce | 1:2007cv00176 | 09/10/2007 | 820 | |
| Riches v. 50 Cent | | | | | |
| 8  RICHES, JONATHAN LEE | scdce | 6:2006cv00194 | 01/27/2006 | 540 | 03/17/2006 |
| Riches v. Bureau of Prisons et al | | | | | |
| 9  RICHES, JONATHAN LEE | nhdce | 1:2007fp00212 | 07/16/2007 | 550 | |
| Riches v. Jewish Mossad et al | | | | | |
| 10 RICHES, JONATHAN LEE | pawdce | 1:2007cv00255 | 09/24/2007 | 440 | |
| RICHES v. KARR et al | | | | | |
| 11 RICHES, JONATHAN LEE | okedce | 6:2007cv00292 | 09/14/2007 | 840 | |
| Riches v. Underwood | | | | | |
| 12 RICHES, JONATHAN LEE | nvdce | 2:2006cv00293 | 03/08/2006 | 550 | 05/07/2007 |
| Riches v. Defcon, et al | | | | | |
| 13 RICHES, JONATHAN LEE | iasdce | 4:2007cv00369 | 08/20/2007 | 550 | |
| Riches v. I-35W Bridge | | | | | |
| 14 RICHES, JONATHAN LEE | inndce | 3:2007cv00375 | 08/14/2007 | 550 | 08/16/2007 |
| Riches v. Bonds et al | | | | | |
| 15 RICHES, JONATHAN LEE | kywdce | 3:2007cv00376 | 07/17/2007 | 550 | |
| Riches v. Identity Theft Inc. et al | | | | | |

| # | Party | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 16 | RICHES, JONATHAN LEE Riches v. Snipes | flmdce | 5:2007cv00376 | 09/17/2007 | 550 | 09/24/2007 |
| 17 | RICHES, JONATHAN LEE Riches v. Swartz et al | vawdce | 7:2007cv00379 | 08/07/2007 | 550 | 08/13/2007 |
| 18 | RICHES, JONATHAN LEE Riches v. Gordon et al | ncwdce | 3:2007cv00384 | 09/12/2007 | 550 | 09/20/2007 |
| 19 | RICHES, JONATHAN LEE RICHES v. SIMPSON et al | flndce | 4:2007cv00408 | 09/21/2007 | 555 | |
| 20 | RICHES, JONATHAN LEE Riches v. Williams et al | vawdce | 7:2007cv00427 | 09/05/2007 | 550 | 09/12/2007 |
| 21 | RICHES, JONATHAN LEE Riches v. Vick | vaedce | 3:2007cv00434 | 07/23/2007 | 550 | |
| 22 | RICHES, JONATHAN LEE Riches v. Bush | scdce | 4:2006cv00442 | 02/16/2006 | 440 | 03/22/2006 |
| 23 | RICHES, JONATHAN LEE Riches v. Craig et al | dedce | 1:2007cv00538 | 09/07/2007 | 555 | |
| 24 | RICHES, JONATHAN LEE Riches v. Simpson et al | vaedce | 3:2007cv00594 | 09/25/2007 | 550 | |
| 25 | RICHES, JONATHAN LEE Riches v. Lindh et al | vaedce | 3:2007cv00606 | 10/03/2007 | 550 | |
| 26 | RICHES, JONATHAN LEE Riches v. Noriega | flmdce | 2:2007cv00619 | 09/24/2007 | 555 | |
| 27 | RICHES, JONATHAN LEE Riches v. Wal-Mart Stores Inc | aredce | 4:2007cv00780 | 08/28/2007 | 550 | 10/02/2007 |
| 28 | RICHES, JONATHAN LEE Riches v. Imus | nmdce | 6:2007cv00843 | 08/28/2007 | 440 | |
| 29 | RICHES, JONATHAN LEE Riches v. Simpson | flmdce | 3:2007cv00893 | 09/19/2007 | 440 | |
| 30 | RICHES, JONATHAN LEE RICHES v. BUSH et al | paedce | 2:2006cv01055 | 03/09/2006 | 550 | 07/26/2006 |
| 31 | RICHES, JONATHAN LEE Riches v. Underwood | okwdce | 5:2007cv01066 | 09/21/2007 | 820 | |
| 32 | RICHES, JONATHAN LEE RICHES v. INTERNATIONAL OLYMPIC COMMITTEE et al | pawdce | 2:2007cv01237 | 09/13/2007 | 446 | |
| 33 | RICHES, JONATHAN LEE Riches v. Simpson | nvdce | 2:2007cv01282 | 09/19/2007 | 550 | |
| 34 | RICHES, JONATHAN LEE Riches v. Jones | nvdce | 2:2007cv01331 | 10/01/2007 | 440 | |
| 35 | RICHES, JONATHAN LEE RICHES vs. STEWART ET AL | pawdce | 2:2007cv01338 | 10/03/2007 | 550 | |
| 36 | RICHES, JONATHAN LEE Riches v. Presley et al | flmdce | 6:2007cv01378 | 08/31/2007 | 440 | 09/21/2007 |
| 37 | RICHES, JONATHAN LEE Riches v. Uniform Commercial Code | candce | 3:2006cv01428 | 02/24/2006 | 550 | 05/30/2006 |

38 RICHES, JONATHAN LEE wawdce 2:2007cv01480 09/21/2007 820
Riches v. Gates et al
39 RICHES, JONATHAN LEE flmdce 6:2007cv01504 09/21/2007 440 09/24/2007
Riches v. Simpson et al
40 RICHES, JONATHAN LEE txndce 3:2007cv01626 09/24/2007 550
Riches v. Holy Land Foundation For Relief and Development et al
41 RICHES, JONATHAN LEE flmdce 8:2007cv01644 09/14/2007 550 09/18/2007
Riches v. Schiavo et al
42 RICHES, JONATHAN LEE lawdce 1:2007cv01656 10/02/2007 550
Riches v. Jena 6
43 RICHES, JONATHAN LEE flmdce 8:2007cv01730 09/24/2007 550 09/27/2007
Riches v. Theresa Marie Schindler Schiavo et al
44 RICHES, JONATHAN LEE pamdce 1:2007cv01747 09/25/2007 550
Riches v. Beckham et al
45 RICHES, JONATHAN LEE pamdce 1:2007cv01761 09/24/2007 550
Riches v. FEMA et al
46 RICHES, JONATHAN LEE azdce 2:2007cv01824 09/24/2007 550
Riches v. DMX
47 RICHES, JONATHAN LEE gandce 1:2007cv01858 08/03/2007 550 08/16/2007
Riches et al v. Vick et al
48 RICHES, JONATHAN LEE caedce 2:2007cv01985 09/24/2007 550
(PC)Riches v. Kaczynski
49 RICHES, JONATHAN LEE codce 1:2007cv02051 10/01/2007 555
Riches v. McVeigh et al
50 RICHES, JONATHAN LEE iandce 6:2007cv02062 09/10/2007 550 10/03/2007
Riches v. Tyson
51 RICHES, JONATHAN LEE arwdce 2:2007cv02103 09/20/2007 550
Riches v. Karr et al
52 RICHES, JONATHAN LEE gandce 1:2007cv02313 09/21/2007 550
Riches v. Simpson et al
53 RICHES, JONATHAN LEE ohndce 1:2007cv02486 08/16/2007 550 08/23/2007
Riches v. James et al
54 RICHES, JONATHAN LEE mddce 8:2007cv02666 10/03/2007 550
Riches v. Brady et al

# U.S. Party/Case Index

## All Types Name Search Results

77 Total Party matches for selection RICHES, JONATHAN LEE for ALL COURTS
Search Complete
Thu Oct 4 13:21:32 2007
Selections 55 through 77 (Page 2)

● Download (2 pages $ 0.00)


Previous 54

### Civil Cases

| | Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|---|
| 55 | RICHES, JONATHAN LEE<br>Riches v. Simpson | scdce | 4:2007cv03163 | 09/19/2007 | 440 | |
| 56 | RICHES, JONATHAN LEE<br>Riches v. Simpson et al | scdce | 4:2007cv03177 | 09/20/2007 | 440 | |
| 57 | RICHES, JONATHAN LEE<br>Riches v. Simpson et al | scdce | 4:2007cv03191 | 09/24/2007 | 440 | |
| 58 | RICHES, JONATHAN LEE<br>Riches v. Simpson et al | scdce | 4:2007cv03238 | 09/26/2007 | 440 | |
| 59 | RICHES, JONATHAN LEE<br>Riches v. Sheehan et al | candce | 3:2007cv03695 | 07/18/2007 | 550 | 08/20/2007 |
| 60 | RICHES, JONATHAN LEE<br>RICHES v. U.S. POSTAL SERVICE et al | paedce | 2:2007cv04009 | 09/24/2007 | 550 | 09/28/2007 |
| 61 | RICHES, JONATHAN LEE<br>JONATHAN LEE RICHES v. SCARFO et al | paedce | 2:2007cv04149 | 10/03/2007 | 550 | |
| 62 | RICHES, JONATHAN LEE<br>Riches v. Peterson et al | candce | 3:2007cv04539 | 08/31/2007 | 550 | 10/03/2007 |
| 63 | RICHES, JONATHAN LEE<br>Riches v. Federal Reserve Bank et al | madce | 1:2006cv10499 | 03/17/2006 | 550 | 06/15/2006 |
| 64 | RICHES, JONATHAN LEE<br>Riches v. Belichick et al | madce | 1:2007cv11817 | 09/26/2007 | 890 | |
| 65 | RICHES, JONATHAN LEE<br>Riches v. Guantanamo Bay et al | miedce | 2:2007cv13041 | 07/23/2007 | 555 | 08/08/2007 |
| 66 | RICHES, JONATHAN LEE<br>Riches v. Doe | flsdce | 1:2007cv20042 | 01/05/2007 | 550 | 01/24/2007 |
| 67 | RICHES, JONATHAN LEE<br>Riches v. Simpson et al | flsdce | 0:2007cv61371 | 09/26/2007 | 440 | |

### Criminal Cases

| | Name | Court | Case No. | Filed | Closed |
|---|---|---|---|---|---|
| 68 | RICHES, JONATHAN LEE | txsdce | 4:2003cr00090 | 03/24/2003 | 06/10/2004 |

USA v. Carpenter, et al
69 RICHES, JONATHAN LEE flmdce 8:2003mj00097 02/25/2003
USA v. Riches, et al
70 RICHES, JONATHAN LEE txsdce 4:2003mj00132 02/21/2003
USA v. Carpenter, et al

## Appellate Cases

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 71 RICHES, JONATHAN LEE RICHES vs. SHEEHAN | 09ca | 07-16616 | 09/10/2007 | 3550 | |
| 72 RICHES, JONATHAN LEE RICHES vs. FEDERAL JUDICAL | 01ca | 07-2391 | 09/12/2007 | 2550 | |
| 73 RICHES, JONATHAN LEE RICHES vs. SWARTZ | 04ca | 07-7248 | 08/27/2007 | 0 | |
| 74 RICHES, JONATHAN LEE RICHES vs. VICK | 04ca | 07-7267 | 08/30/2007 | 0 | |
| 75 RICHES, JONATHAN LEE RICHES vs. WILLIAMS | 04ca | 07-7394 | 10/02/2007 | 0 | |

## Appellate Cases

| | | | | | |
|---|---|---|---|---|---|
| 76 RICHES, JONATHAN LEE JONATHAN RICHES v. GUANTANAMO BAY | 06cae | 07-2123 | 09/19/2007 | 3555 | |
| 77 RICHES, JONATHAN LEE JONATHAN RICHES v. LEBRON JAMES, et al | 06cae | 07-4130 | 09/13/2007 | 3440 | |